**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 15, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00014-CR

### IN RE CRAIG PORTER, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
263rd District Court
Harris County, Texas
Trial Court Cause No. 1374093

## MEMORANDUM OPINION

On January 6, 2015, relator Craig Porter filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jim Wallace, presiding judge of the 263rd District Court of Harris County, to rule on his pro se motion for speedy trial.

In another mandamus proceeding recently filed in this court, relator stated that he was represented by trial counsel.[1]  A criminal defendant is not entitled to hybrid representation.  *Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995).  The issues relator raises in his *pro se* petition for writ of mandamus relate directly to a criminal proceeding in which he is presented by counsel.  Therefore, in the absence of a right to hybrid representation, relator has presented nothing for this court's consideration.  *See Patrick*, 906 S.W.2d at 498.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).

---

[1] *In re Porter*, No. 14-14-01015-CR, 2015 WL 128548 (Tex. App.—Houston [14th Dist.] Jan. 8, 2015, orig. proceeding) (mem. op., not designation for publication).